**2025-1784**

# United States Court of Appeals
# for the Federal Circuit

STA GROUP LLC,

*Plaintiff-Appellant*

*v.*

MOTOROLA SOLUTIONS, INC.,

*Defendant - Appellee*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, IPR2023-01294

## STA's Opposed Motion for Extension of Time to File Its Opening Brief

Jason A. Engel
K&L GATES LLP
70 W. Madison Street Suite
3300
Chicago, IL 60602
Telephone: 312-807-4236

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center
San Francisco, CA 94111
Telephone: 415-882-8238

Nicholas F. Lenning
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206-370-6685

*Counsel for Appellant STA Group LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number**  2025-1784

**Short Case Caption**  STA Group LLC v. Motorola Solutions Inc.

**Filing Party/Entity**  STA Group LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/14/2025

Signature:  /s/ Jason A. Engel

Name:  Jason A. Engel

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| STA Group LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| K&L Gates LLP: Jason A. Engel | K&L Gates LLP: Kyle M. Kantarek | K&L Gates LLP: Brenna Legaard |
| K&L Gates LLP: Jared R. Lund | K&L Gates LLP: Dennis A. Majewski | |
| K&L Gates LLP: Clare Frederick | K&L Gates LLP: Nolan R. Hubbard | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Plaintiff-Appellant STA Group LLC ("STA") respectfully requests an extension of time of twenty eight (28) days to file its Opening Brief.

In support of this Motion, Appellant states as follows:

1.    Appellant's brief is currently due on October 24, 2025.

2.    Appellant seeks to move the due date for its brief to November 21, 2025.

3.    This is Appellant's second request for an extension.  Appellant had previously received, through prior counsel, an extension of sixty (60) days.

4.    Appellant's requested extension is necessary due to the very recent substitution of counsel with allocating appropriate time for preparation, review, and approval of the opening brief needed. Specifically, K&L Gates LLP was very recently retained yesterday, October 13, 2025, after the Court's close of business to handle this appeal. New counsel (Erik Halverson and Nicholas Lenning) uninvolved with the proceedings below or the related district court case are substituting in, and will be significantly involved with the opening brief. Counsel needs sufficient time to review the record, prepare the opening brief, and coordinate with the Plaintiff-Appellant.

Accordingly good cause exists for the requested extension.

The attached declaration of Jason A. Engel sets forth good cause for the requested extension.

Plaintiff-Appellant understands that counsel for Appellee opposes the relief sought by this motion.

Appellant respectfully requests that this motion be granted.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Jason A. Engel*
Jason A. Engel
K&L GATES LLP
70 W. Madison St. #3300
Chicago, IL 60602
Telephone: 312-807-4236

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center
San Francisco, CA 94111

Nicholas F. Lenning
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206-370-6685

*Counsel for Appellant*
*STA Group LLC*

2

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2025-1784

**Short Case Caption:** STA Group LLC v. Motorola Solutions Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __218__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __10/14/2025__

Signature: __/s/ Jason A. Engel__

Name: __Jason A. Engel__

Save for Filing

**2025-1784**

# United States Court of Appeals
# for the Federal Circuit

STA GROUP LLC,

*Plaintiff-Appellant*

*v.*

MOTOROLA SOLUTIONS, INC.,

*Defendant - Appellee*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, IPR2023-01294

## JASON A. ENGEL'S DECLARATION IN SUPPORT OF STA'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF

I, Jason A. Engel, declare under oath as follows:

1.      I am a partner with the law firm K&L Gates LLP, counsel for Plaintiff-Appellant STA Group LLC ("STA") in connection with the above-captioned action.

2.      I make this declaration in support of STA's Unopposed Motion for Extension of Time to File Its Opening Brief.

3.      On May 19, 2025, this appeal was docketed.

4.      On July 11, 2025, the court granted Appellant's Motion for extension of time to file its Opening Brief.

5.      Pursuant to the July 11, 2025 Order, STA's opening brief is due October 24, 2025. STA respectfully requests that this deadline be extended by 28 days to November 21, 2025.

6.      On October 13, 2025, after the close of business Eastern Time, K&L Gates LLP was retained to handle this appeal.

7.      Counsel uninvolved with the underlying proceedings or the related district court case, Erik Halverson and Nicholas Lenning, are substituting in and will be significantly involved with the opening brief.

8.      Counsel respectfully requests this extension to allow sufficient time to review the record, prepare the opening brief, and coordinate with our client.

9.     This request for an extension is motivated solely by STA's desire to properly prepare its opening brief and not for the purpose of delay or procedural advantage.

10.    Pursuant to Federal Circuit Rule 27(a)(2), counsel for STA has conferred with counsel for Defendant-Appellee Motorola Solutions, Inc. ("Motorola") via email. It is our understanding that Motorola opposes this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2025            */s/ Jason A. Engel*
                                        Jason A. Engel

2

**FORM 30. Certificate of Service**

**Form 30**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF SERVICE</u>

**Case Number**   2025-1784

**Short Case Caption**   STA Group LLC v. Motorola Solutions Inc.

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  10/14/2025

by   ☐   U.S. Mail   ☐   Hand Delivery   ☑ Email   ☐ Facsimile
☐   Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Lauren J. Dreyer | lauren.dreyer@bakerbotts.com |
| Robert L. Maier | robert.maier@bakerbotts.com |
| Clarke Stavinoha | clarke.stavinoha@bakerbotts.com |
| Eliot D. Williams | eliot.williams@bakerbotts.com |
| Lori Ding | lori.ding@bakerbotts.com |

☐    Additional pages attached.

Date: 10/14/2025

Signature:   /s/ Jason A. Engel

Name:   Jason A. Engel