FORM 32. Response to Notice to Advise of Scheduling Conflicts

Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** STA Group LLC v. Motorola Solutions, Inc.

**Short Case Caption:** 25-1784

**Party Name(s):** Motorola Solutions, Inc.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**    ☐  My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐  Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Lauren J. Dreyer

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes        ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**                Form 32
                                                                                March 2023

<div style="border:1px solid black">

**<u>Potential Case Conflicts</u>**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes            ☐ No

If yes, attach a separate sheet listing those cases.

</div>

I certify the above information and any attached statement is complete and accurate.  I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 05/14/2026            Signature:    /s/ Lauren J. Dreyer

                            Name:         Lauren J. Dreyer

OTHER PENDING CASES BEFORE THIS COURT IN WHICH EXPECTED
ARGUING COUNSEL IN THIS CASE ALSO EXPECTS TO ARGUE

*Motorola Solutions, Inc. v. STA Group LLC*, Case No. 25-1768

*STA Group LLC v. Motorola Solutions, Inc.*, Case No. 25-1784

*STA Group LLC v. Motorola Solutions, Inc.*, Case No. 25-1787

*Netflix, Inc. v. Broadcom Inc.*, Case No. 26-1005

*Netflix, Inc. v. Broadcom Inc.*, Case No. 26-1329

*Envoysys LLC v. Uber Technologies, Inc., Case No. 25-1982*

*Lattice Technologies, LLC v. BH Security LLC, Case No. 26-1620*

Nos. 2025-1784

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

STA GROUP LLC,
*Plaintiff-Appellant*,

v.

MOTOROLA SOLUTIONS, INC.,
*Defendants-Appellee.*

---

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01294

---

STATEMENT OF GOOD CAUSE

---

In accordance with the Notice to Advise of Scheduling Conflicts of Arguing Counsel, I respectfully advise the Court of potential scheduling conflicts for oral argument in the above captioned appeal. As counsel for Appellee Motorola Solutions, Inc. ("MSI"). I will present oral argument on MSI's behalf.

I am unavailable for oral argument during the designated Court Sessions on the following days: August 3-7, 2026 because of pre-planned out-of-state family vacations where the air travel has already been purchased.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Lauren J. Dreyer*

Lauren J. Dreyer
lauren.dreyer@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-7700


*Counsel for Defendant-Appellee Motorola Solutions, Inc.*

2